PFE/DAB Dec. 2023
GJ#10

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MATTHEW J. CRUPI and | ) |
| SHAKA N. STAYMAN | ) |

## INDICTMENT

**COUNT ONE: [18 U.S.C. §§ 1349 and 1343]**

The Grand Jury charges that:

1. Between July 1, 2021, and April 30, 2022, in Morgan and Madison Counties, within the Northern District of Alabama, and elsewhere, the Defendants,

**MATTHEW J. CRUPI and
SHAKA N. STAYMAN,**

did knowingly conspire and agree with each other to knowingly execute a scheme and artifice to defraud Company A, a financial services company, for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, transmitted, and caused to be transmitted by means of wire, radio, and television communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, more specifically described below, for

the purpose of executing and attempting to execute such scheme and artifice, all in violation of Title 18, United States Code, Sections 1349 and 1343.

## MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy include the following:

a. CRUPI identified an unclaimed Company A account held in the name of C.O. (hereinafter "the Trust") listed on the Minnesota Unclaimed Property website. In addition to listing Company A as the brokerage firm that held the account, the website also listed the beneficiary of the account.

b. CRUPI called Company A in July 2021 to begin the process of claiming the account, posing as the beneficiary M.Y. CRUPI had multiple calls with Company A representatives between July 2021 and April 2022.

c. CRUPI submitted multiple claim forms to Company A in the name of M.Y.

d. STAYMAN provided guidance, advice and documents to CRUPI in order to help CRUPI claim the Trust funds.

e. Documents CRUPI submitted to Company A were also found in STAYMAN's Google account, including partial claim forms and supporting documentation in the name of M.Y.

f.  STAYMAN provided CRUPI with STAYMAN's business bank account name, account number and routing number that STAYMAN maintained at 5/3 Bank. CRUPI provided STAYMAN's bank account name, number and routing number to Company A in order that Company A would wire the funds from the Trust account to STAYMAN's 5/3 account.

g.  On or about April 25, 2022, Company A wired $706,444.93 from the Trust account to STAYMAN's 5/3 Bank account held in the name of New Day Ventures, LLC.

h.  On or about April 26, 2022, STAYMAN wired $70,000 from the 5/3 Bank account held in the name of New Day Ventures, LLC, to CRUPI via a Redstone Federal Credit Union account in Huntsville, Alabama, held in the name of Computer Networking, LLC.

All in violation of Title 18, United States Code, Sections 1349 and 1343.

A TRUE BILL


 /s/  Electronic Signature
FOREPERSON OF THE GRAND JURY

        PRIM F. ESCALONA
        United States Attorney

        */s/ Davis Barlow*
        DAVIS BARLOW
        Assistant United States Attorney